No. 428. CHASSANIOL ET AL. *v* GREENWOOD. April 2, 1934. Petition for rehearing denied. See 291 U.S. 584.

No. 725. MUTUAL LIFE INSURANCE CO. OF NEW YORK *v.* WELLS FARGO BANK & UNION TRUST Co. April 2, 1934. Petition for rehearing denied. See 291 U.S. 676.

No. —, original. OHIO *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE, ET AL. April 2, 1934. Motion for leave to file bill of complaint submitted by *Mr. John W. Bricker* for the complainant.

No. —, original. ARIZONA *v.* CALIFORNIA ET AL. April 2, 1934. Returns to rules to show cause presented.

No. 655. BOYNTON, ATTORNEY GENERAL, *v.* HUTCHINSON GAS Co. Argued April 2, 3, 1934. Decided April 9, 1934. *Per Curiam:* The writ of certiorari herein is dismissed for the lack of showing of service of summons and severance upon those appellees in the state court who are not parties to the proceedings in this Court. *Garcia* v. *Vela,* 216 U.S. 598; *Journeymen Stone Cutters Assn. v. United States,* 278 U.S. 566; *Newton* v. *Consolidated Gas Co.,* 264 U.S. 571, 572; 265 U.S. 78, 81, 82. *Mr. John G. Egan,* with whom *Mr. Roland Boynton,* Attorney General of Kansas, and *Mr. Arthur V. Roberts* were on the brief, for petitioner. *Mr. Robert Stone,* with whom *Messrs. Robert D. Garver, James A. McClure, Robert L. Webb, Beryl R. Johnson,* and *Ralph W. Oman* were on the brief, for respondent.